**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AETNA INC., AETNA HEALTH, INC., AETNA HEALTH MANAGEMENT LLC and AETNA LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MEDNAX, INC., PEDIATRIX MEDICAL GROUP, INC. and MEDNAX SERVICES, INC.,<br><br>Defendants. | CIVIL ACTION<br><br>No. 18-2217 |

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants Mednax, Inc., Pediatrix Medical Group, Inc., and Mednax Services, Inc. (collectively, "Defendants") hereby move to dismiss the First, Second, Third, Fourth, and Fifth Causes of Action of Plaintiffs' complaint pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure. The grounds for this motion are set forth in Defendants' brief, which is incorporated by reference here.

Dated:  June 29, 2018 					Respectfully submitted,


							QUINN EMANUEL URQUHART & SULLIVAN, LLP


					BY:	*/s/ Luke Nikas*
						Luke Nikas*
						Michael B. Carlinsky (pro hac vice to be filed)
						Jennifer Barrett (pro hac vice to be filed)
						51 Madison Avenue, 22nd Floor
						New York, New York 10010-1601
						Ph: (212) 849-7000
						Email: lukenikas@quinnemanuel.com
							michaelcarlinksy@quinnemanuel.com
							jenniferbarrett@quinnemanuel.com


						* Admitted Pro Hac Vice


						CONRAD O'BRIEN PC
						Howard M. Klein (No. 33632)
						Robert N. Feltoon (No. 58197)
						Andrew K. Garden (No. 314708)
						Centre Square West Tower
						1500 Market Street, Suite 3900
						Philadelphia, PA 19102-2100
						Ph: (215) 864-9600
						Fax: (215) 864-9620
						Email: hklein@conradobrien.com
							rfeltoon@conradobrien.com
							agarden@conradobrien.com


						*Attorneys for Defendants Mednax, Inc., Pediatrix Medical Group, Inc., and Mednax Services, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing Motion to Dismiss and associated brief to be electronically filed pursuant to the Court's electronic court filing system and thereby served on all counsel of record, and that the filing is available for downloading and viewing from the electronic court filing system.

Dated: June 29, 2018                  */s/ Luke Nikas*