IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AETNA INC., AETNA HEALTH, INC., AETNA HEALTH MANAGEMENT LLC, AND AETNA LIFE INSURANCE COMPANY,**<br>  Plaintiffs,<br><br>  v.<br><br>**MEDNAX, INC., PEDIATRIX MEDICAL GROUP, INC. AND MEDNAX SERVICES, INC.,**<br>  Defendants. | CIVIL ACTION<br><br>NO. 18-2217 |

## O R D E R

**AND NOW**, this 18th day of October, 2018, upon consideration of Defendants' Motion to Dismiss or Alternatively Stay or Transfer (ECF No. 15), Defendants' briefing in further support thereof (ECF No. 30, 36) and Plaintiff's Responses thereto (ECF Nos. 26, 29, 33, 35), **IT IS ORDERED** that the Motions are **DENIED.**

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**