# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AETNA INC., AETNA HEALTH, INC., AETNA HEALTH MANAGEMENT LLC, AND AETNA LIFE INSURANCE COMPANY,**<br>　　　　Plaintiffs,<br><br>　　　v.<br><br>**MEDNAX, INC., PEDIATRIX MEDICAL GROUP, INC. AND MEDNAX SERVICES, INC.,**<br>　　　　Defendant. | CIVIL ACTION<br><br>NO. 18-2217 |

## O R D E R

**AND NOW**, this 15th day of April, 2019, **IT IS HEREBY ORDERED**, pursuant to 28 U.S.C. 636(b)(1)(A), that this matter is referred to Magistrate Judge Richard Lloret for resolution of any and all discovery disputes including Plaintiffs' Motion to Quash Defendants' Subpoena Duces Tecum (ECF No. 56), and Defendants' Opposition thereto and their Cross Motion to Compel (ECF No. 64).

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　**/s/Wendy Beetlestone, J.**

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**