**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AETNA INC., ET AL | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MEDNAX, INC. et al | : | NO.   18-cv-02217-WB |
| Defendants. | : | |

## ORDER CONCERNING DOC. NO. 113

For the reasons explained in, and in accordance with my Memorandum filed contemporaneously with this Order, it is on this 2nd day of December, 2019

## ORDERED

That Aetna's motion is **GRANTED**, as follows:

1.     Within 28 days Mednax will run the expanded search terms requested by Aetna (Doc. No. 113 at 7) against existing custodians and the additional custodians identified in this Order and produce the documents identified by the expanded search.

2.     The additional custodians are as follows:

A.     **Mednax's chief compliance officer.** Mednax also will prepare and serve a privilege log concerning any withheld documents.

B.     **The developers of Mednax's BabySteps software.** Mednax also will identify these persons and summarize the knowledge they possess within 10 days.

C.     Aetna will promptly designate **16 of the 48 Medical Directors of practice groups** acquired by or departing from Mednax within the last 10 years.

D.     **Six Coding Committee non-voting attendees.**

**E.** **CFO Jason Clemens and CAO John Pepia, as well as other financial custodians identified by Mednax on March 18, 2019.** *See* Pl. Mot. at 12, n.12.

3. Aetna's motion is otherwise **DENIED.**

BY THE COURT:


*s/Richard A. Lloret*
RICHARD A. LLORET
U.S. MAGISTRATE JUDGE