IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AETNA INC., AETNA HEALTH, INC., AETNA HEALTH MANAGEMENT LLC, AND AETNA LIFE INSURANCE COMPANY,**<br>Plaintiffs,<br><br>v.<br><br>**MEDNAX, INC., PEDIATRIX MEDICAL GROUP, INC. AND MEDNAX SERVICES, INC.,**<br>Defendants. | CIVIL ACTION<br><br>NO. 18-2217 |

# O R D E R

**AND NOW**, this 11th day of March, 2021, upon consideration of Defendants' Motion to Strike (ECF No. 243), Defendants' Memorandum of Law in Support thereof (ECF No. 245), Plaintiffs' Response thereto (ECF No. 255), Defendants' Reply (ECF No. 256), and Plaintiffs' Surreply (ECF No. 257 Ex. A), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and Plaintiffs are **PRECLUDED** from introducing evidence and pursuing any damages associated with Plaintiffs' payments to nonparty hospitals.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**