IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AETNA, INC., *et al.*, | : |
| Plaintiffs, | : |
| | : Civil action |
| v. | : No. 18-2217 |
| | : |
| MEDNAX, INC., *et al.*, | : |
| Defendants. | : |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(1)(B), the parties hereby stipulate to Plaintiffs' voluntary dismissal of the above-referenced matter with prejudice. Each side to bear their own costs.

Respectfully submitted,

/s/ Mark J. Schwemler
Mark J. Schwemler
Colin J. O'Boyle
Aimee L. Kumer
Andrew Estepani
ELLIOTT GREENLEAF P.C.
925 Harvest Drive, Suite 300
Blue Bell, Pennsylvania 19422

Howard Pierce, *pro hac vice*
PIERCE LLC
433 S. Main Street, Suite 228
West Hartford, CT 06110

*Counsel for Plaintiffs*

/s/ Gary A. Orseck
Gary A. Orseck*
Alison C. Barnes*
Jennifer S. Windom*
William Trunk*
Ralph C. Mayrell*
ROBBINS, RUSSELL, ENGLERT,
ORSECK & UNTEREINER LLP
2000 K St. NW, 4th Floor
Washington, D.C. 20006

Martin B. Goldberg*
Jonathan E. Feuer*
LASH & GOLDBERG LLP
100 Southeast 2nd Street
Miami, FL 33131

* Admitted Pro Hac Vice

Howard M. Klein (No. 33632)
Robert N. Feltoon (No. 58197)

2

                      Andrew K. Garden (No. 314708)
                      CONRAD O'BRIEN PC
                      Centre Square West Tower
                      1500 Market Street, Suite 3900
                      Philadelphia, PA 19102-2100

Dated: July 14, 2021              *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing was served on all counsel of record via the Court's electronic filing system.

                                                                          */s/ Mark J. Schwemler*

Dated: July 14, 2021