IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AETNA, INC. et al.,<br>　　　　　Plaintiffs, | CIVIL ACTION |
| v. | |
| MEDNAX, INC., et al.,<br>　　　　　Defendants. | NO. 18-2217 |

## ORDER

And now, this 17th day of December 2021, upon consideration of Defendants' Unopposed Motion to Permanently Seal Confidential Mednax Business Information (ECF No. 316), it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. It is further **ORDERED** that:

1. Docket No. 306, including all Exhibits, shall be **PERMANENTLY SEALED**.

2. Defendants **SHALL FILE** publicly an unredacted copy of each document contained in Volumes 8-12 of its Joint Appendix, originally filed under Docket No. 306, except for the five expert reports included in Sealed Volume 8, at JA3367-JA3794. Defendants shall continue to redact Confidential Health Information as required under the Stipulated Confidentiality and Qualified Protective Order (ECF No. 65), and personal identifiers, as required under Local Rule 5.1.3.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**